UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE DAVID JARQUIN VALLE,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | Case No. 3:26-cv-00674-MMD-CLB<br>ORDER |

Petitioner Jose David Jarquin Valle, an immigration detainee challenging the lawfulness of his federal detention at Washoe County Detention Center, filed a counseled petition for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1 ("Petition")), paid the filing fee, and filed a motion for a temporary restraining order (ECF No. 2 ("Motion")). The Court now directs service on the United States Attorney's Office for the District of Nevada ("USAO") and sets a briefing schedule on the Petition and Motion.

It is therefore ordered that the Clerk of Court will:

1. Add the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.
2. Mail a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to Darin Balaam, Sheriff, Washoe County Detention Center, 911 E. Parr Blvd., Reno, NV 89512.
3. Send courtesy copies of the Petition (ECF No. 1) and this Order to Cobi Burnett (Balaam's counsel) via CM/ECF at CBurnett@da.washoecounty.gov.

It is further ordered that the USAO must file a notice of appearance within seven days of the date of this Order and file and serve their answer to the Petition and Motion

within 14 days of the date of this Order, unless additional time is allowed for good cause shown. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Petitioner will have seven days to file a reply.

It is further ordered that within seven days from the date of this Order, Respondents must file a notice that (1) indicates whether they contend Petitioner is, or is not, a *Jacobo-Ramirez* Class Member and (2) identifies the statutory provision that they contend authorizes Petitioner's detention. *See Jacobo-Ramirez v. Mullin*, No. 2:25-cv-02136-RFB-MDC, 2026 WL 879799, at *33

It is further ordered that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

It is further ordered that Respondents must not transfer Petitioner out of this District.[1]

DATED THIS 9th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

[1]*See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1996) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").